Christopher W. DUFFY, Appellant,

v.

STATE of Missouri, Respondent.

ED 104215

Missouri Court of Appeals,
Eastern District,
Division Two.

FILED: April 4, 2017

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

PER CURIAM

## ORDER

Christopher Duffy appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.